UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES COLVIN, JR.

    Petitioner,

v.                                Case No.  3:20-cv-5878-LC-MJF

STATE OF FLORIDA,

    Respondent.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 15, 2020. (Doc. 2). Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection was filed.

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 2), is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to close this case file and to send Petitioner the form petition for use in § 2254 cases.

**DONE AND ORDERED** this 16th day of November, 2020.

                          s/*L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**